Submitted November 25, 2013, affirmed January 2, 2014

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KENNETH COREY KING,
*Defendant-Appellant.*

Lane County Circuit Court
201118848; A150432

317 P3d 901

Charles D. Carlson, Judge.

Peter Gartlan, Chief Defender, and Jedediah Peterson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

Affirmed. *State v. Ziska,* 253 Or App 82, 288 P3d 1012 (2012), *rev allowed,* 353 Or 428 (2013).